IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02419-BNB

BENJAMIN JOSEPH, Executor, Estate Known as Benjamin Joseph Morris, Including
    Estate Known as Silas DeWayne Morris,

    Plaintiff,

v.

DISTRICT COURT, Arapahoe County, Colorado, 7325 S. Potomac Street, Centennial,
    Colorado, 80112, and
MAGISTRATE ROBERT R. LUNG, 7325 Potomac Street, Centennial, Colorado, 80112,

    Defendants.

---

ORDER OF DISMISSAL

---

Plaintiff, Benjamin Joseph, currently resides in Lakewood, Colorado. Plaintiff, acting *pro se*, initiated this action by submitting to the Court a "Claim of Relief" and a "Motion to Proceed as Waiver of Filing Fees." Plaintiff also filed an Amended Claim of Relief on September 24, 2012. On October 4, 2012, Magistrate Judge Boyd N. Boland directed Plaintiff to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Plaintiff to file his claims on a proper Court-approved form and to submit a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form. Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

The October 4 Order to Cure was returned to the Court on October 19, 2012. The envelope, in which the Order was sent to Plaintiff, was marked "Return to Sender Not Deliverable as Addressed Unable to Forward." Rule 10.1M. of the Local Rules of

Practice of the United States District Court for the District of Colorado-Civil, states that a party must file a notice of a new address within five days of any change of address.

Plaintiff now has failed to communicate with the Court, and as a result, he has failed to cure the deficiencies within the time allowed. The Court, therefore, will dismiss the action.

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order is not taken in good faith, and, therefore, *in forma pauperis* status will be denied for the purpose of appeal. See *Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he must pay the full $455 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure the deficiencies within the time allowed. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this  7th  day of    November         , 2012.

BY THE COURT:

   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court