IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02419-LTB

BENJAMIN JOSEPH, Executor, Estate Known as Benjamin Joseph Morris, Including Estate Known as Silas DeWayne Morris,

    Plaintiff,

v.

DISTRICT COURT, Arapahoe County, Colorado, 7325 S. Potomac Street, Centennial, Colorado, 80112, and
MAGISTRATE ROBERT R. LUNG, 7325 Potomac Street, Centennial, Colorado, 80112,

    Defendants.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 7, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 7 day of November, 2012.

                          FOR THE COURT,

                          JEFFREY P. COLWELL, Clerk

                          By: s/ S. Grimm
                                Deputy Clerk